IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HDI GLOBAL INSURANCE COMPANY, § § **Plaintiff,** § -v- § § KUEHNE + NAGEL (AG & Co.) KG and § KUEHNE + NAGEL, INC. t/a § BLUE ANCHOR AMERICA LINE, § § **Defendants.** § | Case No.: _____ |

## COMPLAINT

Plaintiff, HDI Global Insurance Company, by and through its attorneys, as and for its Complaint against the Defendants hereby alleges upon information and belief as follows:

### PARTIES

1.  Plaintiff, HDI Global Insurance Company ("HDI" or "Plaintiff"), was and now is a corporation organized and existing under Illinois law with an office and principal place of business at 161 North Clark Street – 48th Floor, Chicago, IL 60601. Pursuant to a policy of insurance, HDI paid its insured Brose Tuscaloosa, Inc., for loss of and/or damage to the subject shipment and has become subrogated to the rights of its Insured, whatever those rights may be.

2.  Defendant, Kuehne + Nagel (AG & Co.) KG, was and now is a business entity organized and existing by virtue of foreign law with an office and principal place of business at Wilhelm-Kaisen-Brücke 1, 28195 Bremen, Germany.

3.  Defendant, Kuehne + Nagel, Inc. t/a Blue Anchor America Line, was and now is a corporation organized and existing under New York law with an office and principal place of

business at 10 Exchange Place, Jersey City, New Jersey 07302.

## JURISDICTION

4. This Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. §1333 in that this is an admiralty and maritime claim. Alternatively, this Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 in that plaintiff and defendants are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. Under the Group Framework Agreement, one of the agreed upon venues is the place where the shipment was to be delivered ("the place of fulfillment"). As the subject shipment was to be delivered to Brose Tuscaloosa, Inc., in Vance, Alabama, venue is proper in this district and Defendants have agreed to personal jurisdiction in this district.

## THE CLAIM

6. In or about September 2016, Brose Fahrzeugteile GmbH & Co. KG and defendant Kuehne + Nagel (AG & Co.) KG entered into a Group Framework Agreement under which defendant Kuehne + Nagel (AG & Co.) KG agreed to provide shipping and other specified services for companies within the Brose Group, including but not limited to Brose Fahrzeugteile GmbH & Co. KG and Brose Tuscaloosa, Inc.

7. Pursuant to the Group Framework Agreement, defendant Kuehne + Nagel (AG & Co.) KG, is responsible for all loss of or damage to the goods being shipped.

8. In or about October 2020, pursuant to the Group Framework Agreement, defendant Kuehne + Nagel (AG & Co.) KG, agreed to transport 10 containers of automotive parts from Kronach, Germany to Vance, Alabama.

9. Defendant Kuehne + Nagel (AG & Co.) KG retained defendant Kuehne + Nagel, Inc., t/a Blue Anchor America Line to transport the 10 containers of automotive parts from

Kronach, Germany to Vance, Alabama.

10. The cargo of automotive parts was delivered to Defendants in good order and condition.

11. The train carrying the ten containers of automotive parts from Savannah, Georgia to Vance, Alabama derailed in or around Midville, Georgia resulting in the loss of and damage to the cargo of automotive parts.

12. By reasons of the premises, Defendant breached the Group Framework Agreement and otherwise violated their duties and obligations as a common carrier and bailee of the shipment and were otherwise at fault.

13. Plaintiff was the shipper, owner, consignee and/or insurer of the subject shipment and brings this action on its own behalf and on behalf of all parties who are or may become interested in the subject shipment, as their respective interests may ultimately appears, and Plaintiff is entitled to maintain this action.

14. Plaintiff has performed all duties and obligations on its part to be performed.

15. By reason of the premises, Plaintiff has sustained damages as nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the total amount of $1,250,000.00, plus interest, costs and attorneys' fees.

***WHEREFORE,*** Plaintiff prays:

1. That process in due form of law according to the practice of this Court may issue against the Defendants.

2. That a decree may be entered in favor of Plaintiff against Defendants in the amount of $1,250,000.00, together with pre-judgment interest, costs and attorneys' fees.

3. Plaintiff further prays for such other, further and different relief as to this Court may deem just and proper in the premises.

Done on this the 20th day of October, 2021.

*Randall S. Haynes*
Randall S. Haynes (ASB-2865-A52R)

OF COUNSEL:
Morris Haynes Law Firm
131 Main Street (35010)
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015
Email: rhaynes@mhhlaw.net

*pro hac vice admission to be filed:*
Casey M. O'Brien (NY Bar #: 5414446)
OF COUNSEL:
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, NY 10006
Tel.:  (212) 669-0600 (Direct: -0615)
Fax:  (212) 669-0698
Email: cobrien@hillrivkins.com

Defendants to be served as follows:

Kuehne + Nagel (AG & Co.) KG
Wilhelm-Kaisen-Brücke 1
28195 Bremen, Germany

Kuehne + Nagel, Inc. t/a Blue Anchor America Line
10 Exchange Place
Jersey City, New Jersey 07302

*Randall S. Haynes*
OF COUNSEL